[This opinion has been published in *Ohio Official Reports* at 83 Ohio St.3d 334.]

THE STATE EX REL. WESSEL, APPELLANT, *v.* INDUSTRIAL COMMISSION OF OHIO ET AL., APPELLEES.

[Cite as *State ex rel. Wessel v. Indus. Comm.*, 1998-Ohio-102.]

*Workers' compensation—Court of appeals' judgment affirmed.*

(No. 96-2500—Submitted August 19, 1998—Decided October 7, 1998.)

APPEAL from the Court of Appeals for Franklin County, No. 95APD11-1520.

————————

*Ticktin, Baron, Koepper & Co., L.P.A.*, and *Harold Ticktin*, for appellant.

*Betty D. Montgomery*, Attorney General, and *William J. McDonald*, Assistant Attorney General, for appellee Industrial Commission.

*Vorys, Sater, Seymour & Pease* and *Julie M. Larson*, for appellee Mobil Oil Corporation.

————————

{¶ 1} The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, COOK and LUNDBERG STRATTON, JJ., concur.

PFEIFER, J., dissents.

————————